```
UNITED STATES DISTRICT COURT                FILED
   EASTERN DISTRICT OF MISSOURI
         EASTERN DIVISION                  JUL 2 8 2010
                                         U. S. DISTRICT COURT
                                            E. DIST. OF MO.
                                              ST. LOUIS
```

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. |
| W. T. CORTEZ LAKES, | ) 4:10CR00412 AGF |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 12, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**W. T. CORTEZ LAKES,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess a firearm; to wit: one Smith & Wesson, model MP45, .45 auto caliber semi-automatic pistol, bearing serial number MPR9509, which traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
CRISTIAN M. STEVENS, #98871
Assistant United States Attorney